# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

**RANDY BRIMLEY**,
a/k/a BIG

**CRIMINAL COMPLAINT**

M.J. No.:

2004 M 0511 RBC

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **August 25, 2004** in **Bristol County,** and elsewhere, in the District of **Massachusetts,** the defendant did knowingly or intentionally possess with intent to distribute, and to distribute: cocaine base, a Schedule II controlled substance, also known as "crack", in violation of Title **21** United States Code, Section(s) **841(a)(1)**. I further state that I am a **D.E.A. Task Force Agent** and that this complaint is based on the following facts:

**Please see attached Affidavit of D.E.A. Task Force Agent John L. Faria**

Continued on the attached sheet and made a part hereof:    [x] Yes    [ ] No

_____
Signature of Complainant
Task Force Agent John L. Faria

Sworn to before me and subscribed in my presence,

**October 15, 2004** at 4:55 pm at **Boston, Massachusetts**
Date                                                City and State

**Robert B. Collings**
**United States Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210