# FINANCIAL AFFIDAVIT

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| CJA 23 |
| --- |
| Rev. 5/98 |

**IN UNITED STATES**  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF

_____ V.S. _____

FOR _____

AT _____

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name)

Rendy Brimley

| 1 | ☑ | Defendant—Adult |
| 2 | ☐ | Defendant - Juvenile |
| 3 | ☐ | Appellant |
| 4 | ☐ | Probation Violator |
| 5 | ☐ | Parole Violator |
| 6 | ☐ | Habeas Petitioner |
| 7 | ☐ | 2255 Petitioner |
| 8 | ☐ | Material Witness |
| 9 | ☐ | Other |

**DOCKET NUMBERS**

Magistrate  1:04 M c 511 vs K

District Court

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →)   ☑ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?  ☐ Yes  ☑ No  ☐ Am Self-Employed

Name and address of employer: _____

**IF YES,** how much do you earn per month? $ _____

**IF NO,** give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☑ No

**IF YES,** how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☑ Yes  ☐ No

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**

RECEIVED  $ 5,000

SOURCES  odd jobs, landscaping, mechanic

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No

**IF YES, GIVE THE VALUE AND DESCRIBE IT**

VALUE _____  DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents  2

List persons you actually support and your relationship to them
Brendon Evens (father)
Rendai Brimley (father)

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:

| Creditors | Total Debt | Monthly Paymt. |
| --- | --- | --- |
| Capitol One Visa | $ 200. | $ |
| Household Bank Creditcard | $ 250. | $ |
| back child support | $ 3100. | $ |
| back child support | 1400. | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) October 19, 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _Randy Brimley_