AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RANDY BRIMLEY

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 2004 MJ 05711 RBC

I, _Randy Brimley_, charged in a ☒ complaint ☐ petition pending in this District with _distribution of cocaine base_ in violation of Title _21_, U.S.C., _841(a)(1)_, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

OCT 19 2004

_____
Date

_____
Defendant

_____
Counsel for Defendant