# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                             MAGISTRATE JUDGE'S DOCKET
                                      NO. 2004-m-0511RBC

RANDY BRIMLEY,
          Defendant.

## MEMORANDUM
## AND ORDER OF DETENTION
## PURSUANT TO 18 U.S.C. § 3142(e)

COLLINGS, U.S.M.J.

The defendant appeared on October 19, 2004 with counsel and indicated

that he had nothing to present at this time in opposition to the Government's

request that he be detained pending trial. In view of the nature of the charges,

I find that there are no conditions or combination of conditions which will

reasonably assure the defendant's appearance. Accordingly, pursuant to 18

U.S.C. § 3142(e), it is ORDERED that the defendant be, and he hereby is,

DETAINED pending trial of the charges contained in the above-styled Indictment. Pursuant to 18 U.S.C. § 3142(e), my general finding is contained *supra*.    Since detention in this case is not contested, at least as of the time of the detention hearing, I do not make any subsidiary findings and conclusions at this time.    Further pursuant to 18 U.S.C. § 3142(i), it is ORDERED that:

> (1)  The defendant be, and he hereby is, committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
>
> (2)  The defendant be afforded reasonable opportunity for private consultation with his counsel; and
>
> (3)  On Order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to an authorized Deputy U. S. Marshal for the purpose of any appearance in connection with a court proceeding.

Review of the within Detention Order may be had by the defendant filing a motion for revocation or amendment of the within Order pursuant to 18 U.S.C. Sec. 3145(b).

This order is without prejudice to the defendant filing a motion at any time seeking a full detention hearing and the setting of conditions of release

at any time in the future regardless of whether there have been changed circumstances. If such a motion is filed, the Court will conduct the full detention hearing at its earliest convenience.


/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge


Date: October 19, 2004.