# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____
MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**RANDY BRIMLEY,**
**a/k/a "BIG"**

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**
Case Number:

2004 m 0511 RBC

YOU ARE HEREBY COMMANDED to arrest **RANDY BRIMLEY,    a/k/a "BIG"**
                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT   ☐ INFORMATION   ☒ COMPLAINT   ☐ ORDER OF COURT   ☐ VIOLATION OF NOTICE   ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**Possession with intent to distribute, and distribution of cocaine base, also known as "crack"**

in violation of Title  **21**  United States Code, Section(s)  **841(a)(1)**  .

_____          _____
Name of Issuing Officer                     Title of Issuing Officer

_____          Boston, MA;  October 15, 2004
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____           BY _____

| **RETURN** |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT_____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON _____ 10/19/04 |  |
| DATE OF ARREST |  |  |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __Randy Brimley__

ALIAS: __Big__

LAST KNOWN RESIDENCE: __20 Woodville Street, #2  Roxbury, MA__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: __Boston, MA__

DATE OF BIRTH: __8/8/79__

SOCIAL SECURITY NUMBER: __7654__

HEIGHT: __5'11"__          WEIGHT: __250 lbs.__

SEX: __male__              RACE: __Black__

HAIR: __Black__            EYES: __Brown__

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __DEA, New Bedford, MA__